## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Bershire Life Insurance Company of America, | Civil No. 10-691 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Dr. Lee D. Hudelson, | |
| Defendant. | |

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: March 11, 2010

                                                s/Richard H. Kyle  
                                                RICHARD H. KYLE  
                                                United States District Judge